IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60793
_____

GILBERT JACOBY

Petitioner

v.

GULF COAST EMPLOYEE LEASING; WAUSAU UNDERWRITERS
INSURANCE COMPANY

Respondents

_____

Appeal from the United States District Court
for the Northern District of Texas
(95-1668A, 95-1668, 94-2599A & 94-2599)
_____

October 8, 1997

Before KING and JONES, Circuit Judges, and KENDALL,[*] District
Judge.

PER CURIAM:[**]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*] District Judge of the Northern District of Texas, sitting by
designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.